UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINITRIUS GUNN,<br><br>         Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY SHERIFF CUSTODY DIVISION, *et al.*,<br><br>         Defendants. | No.  2:20-cv-2118-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS AND AN INMATE TRUST ACCOUNT STATEMENT |

Plaintiff, a county prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis. However, the certificate portion of the application, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Plaintiff also has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified trust account statement in support of his application.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

1

2. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:    December 9, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE