UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN,<br><br>Plaintiff,<br><br>v.<br><br>STANTON COUNTY—MEDICAL CUSTODY DIVISION, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-02118-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 11 |

On April 23, 2021, I screened plaintiff's complaint, notified plaintiff that the complaint failed to state a claim, and granted him sixty days to file an amended complaint. ECF No. 10. To date, plaintiff has not filed an amended complaint. However, he recently filed a request for the status of the case. ECF No. 11. In that filing, plaintiff appears to request that he be granted additional time to submit any necessary documents. I construe plaintiff's filing as a motion for an extension of time to file an amended complaint, which will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff request for status, ECF No. 11, is construed as a motion for an extension of time.

2. Plaintiff's motion for an extension of time is granted.

3. Plaintiff is granted until July 30, 2021 to file a first amended complaint.

4. The Clerk of Court is directed to send plaintiff a copy of the April 23, 2021 order. ECF No. 10.

IT IS SO ORDERED.

Dated:   June 29, 2021                         _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE