1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AUMINTRIUS DAMOUR GUNN,                  Case No. 2:20-cv-02118-JDP (PC)

12              Plaintiff,                      ORDER TO SHOW CAUSE WHY THIS
                                                CASE SHOULD NOT BE DISMISSED FOR
13         v.                                   FAILURE TO PROSECUTE AND FAILURE
                                                TO STATE A CLAIM
14    STANTON COUNTY—MEDICAL
      CUSTODY DIVISION, *et al.*,               RESPONSE DUE WITHIN TWENTY-ONE
15                                              DAYS
                Defendants.
16

17         On April 23, 2021, I screened plaintiff's complaint, notified him that it failed to state a

18    claim, and gave him sixty days to file an amended complaint.  ECF No. 10.  I subsequently

19    granted plaintiff's motion for an extension of time and granted him until July 30, 2021 to file an

20    amended complaint.  ECF No. 12.  To date, he has not done so.

21         To manage its docket effectively, the court imposes deadlines on litigants and requires

22    litigants to meet those deadlines.  The court may dismiss a case for plaintiff's failure to prosecute

23    or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres.*

24    *Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439,

25    1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to

26    administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*

27    *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

28

                                              1

1    I will give plaintiff a chance to explain why the court should not dismiss the case for his

2    failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute a

3    failure to comply with a court order and will result in a recommendation that this action be

4    dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case

5    should not be dismissed for failure to prosecute and failure to state a claim.  Should plaintiff wish

6    to continue with this lawsuit, he shall file, within twenty-one days, a first amended complaint.

7
     IT IS SO ORDERED.
8

9
     Dated:    October 7, 2021          _____
10                                      JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28